**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577

Telephone (909) 972-6841
Facsimile (909) 433-2132

Counsel of Record for Plaintiff

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA ARDITO, | Case No. CV-08-03974-CAS (RZx) |
| Plaintiff, | JUDGMENT PURSUANT TO FRCP RULE 68 AGAINST DEFENDANTS WOLPOFF & ABRAMSON, L.L.P. AND CALVIN S. ROSE |
| vs. | |
| WOLPOFF & ABRAMSON, L.L.P.; CALVIN S. ROSE; and DOES 1 to 10; | |
| Defendants. | |

PURSUANT TO THEIR RULE 68 OFFER OF JUDGMENT, the Court hereby enters judgment in the amount of $5,000, plus reasonable costs and attorney's fees, in favor of Plaintiff DAYNA ARDITO and against defendants WOLPOFF & ABRAMSON, L.L.P. and CALVIN S. ROSE.  Plaintiff's counsel shall file a motion for reasonable attorney's fees within 30 days of this order, after attempting to reach an agreement on an amount with the defendants.

IT IS SO ORDERED.

DATED: September 9, 2008

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge